**UNITED STATES, Plaintiff,**

v.

**The HANOVER INSURANCE CO., Defendant.**

**Slip OP 94–183.**
**Court No. 92–11–00733.**

United States Court of
International Trade.

Nov. 30, 1994.

### JUDGMENT ORDER

DiCARLO, Chief Judge.

This action having been submitted for decision, and upon due deliberation, it hereby

**ORDERED** that the defendant's motion for civil contempt is DENIED; and it is further

**ORDERED** that the United States Customs Service is enjoined from any and all present and future actions to impose administrative sanctions as a means to collect the unpaid antidumping duties which this Court held to be time-barred in *United States v. The Hanover Ins. Co.*, Slip Op. 93–127, 1993 WL 273662 (July 9, 1993). The administrative sanctions covered by this order include: (1) issuance of instructions directing all District Directors and Regional Directors not to accept any merchandise covered under bonds written by Hanover; and (2) referring the matter to the Treasury Department to re-

---

move Hanover from the list of approved sureties; and it is further

**ORDERED** that the United States Customs Service shall, within 45 days of the date of this Order, return to the defendant the sum of $42,274.00, which represents an offer-in-compromise made by the defendant and subsequently rejected by the Customs Service.